S. HOPKINS KEEP, APPELLANT, v. LESTER KEEP AND CAROLINE J. Y. KEEP, RESPONDENTS.

*Submission to arbitration — when void — appealability of judgment.*

This action was brought to set aside a conveyance of real estate, which was claimed in fee by the plaintiff, and also by the wife of the defendant, she being a party defendant herein. After a reference of the action it was agreed, in writing, that all matters in dispute should be submitted to the referee as arbitrator, and that judgment should be entered on his award. Judgment having been entered on the report of the referee, defendants appealed.

Upon a motion by plaintiff to dismiss the appeal, *held*, that the submission being void, because made by a married woman, and because the subject of it was a claim in fee to real estate, the judgment was appealable the same as any other.

MOTION to dismiss an appeal.

*Erastus New*, for the appellant.

*P. & D. Mitchell*, for the respondents.

BARNARD, P. J.:

There were two suits pending, one in favor of plaintiff against defendant Lester Keep, and this one against Lester Keep and wife in favor of plaintiff. The actions were both referred to the same referee to hear and determine. The claim in this suit, as appears from the affidavit of Mrs. Keep, was to set aside a conveyance of lands in Brooklyn, to which plaintiff and Mrs. Keep claimed to have title in fee. While the trials were proceeding before the referee, it was agreed, in writing, between the parties in both suits, that the matters in difference in both suits should be submitted to the referee as arbitrator, and that judgment should be entered upon his report or award. The plaintiff had judgment in both actions, and the defendants appealed. The plaintiff in this action moves to dismiss the appeal. The motion should be denied. The judgment is a judgment of the Supreme Court, entered upon a trial before a referee. The arbitration was illegal for two reasons. It was made by a married woman, and one of the subjects of the arbitration was a claim of the parties to a fee of real estate. (2 R. S., 541.) If the submission is of no effect, then the judgment must be reviewed like other judgments, being made by a referee duly appointed to try the action as actions are usually tried, and according to legal rules.

Motion denied, without costs.

Present — BARNARD, P. J., GILBERT and DYKMAN, JJ.

Motion to dismiss appeal denied, without costs.